IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC L. WATERS, ED.D., : | |
|     Plaintiff : | |
| : | No. 1:17-cv-02201 |
| v. : | |
| : | (Judge Kane) |
| CHRISTINE WATERS, et al., : | |
|     Defendants : | |

**ORDER**

**AND NOW**, on this 20h day of August 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** the motions to dismiss Counts I through IV, XIV, and XV of Plaintiff Eric L. Waters' counseled complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, filed by Defendants Nichole Staley O'Gorman and Staley O'Gorman Family Law Practice (Doc. No. 12), and Christine Waters (Doc. No. 14), are **GRANTED**. Counts I through IV, XIV, and XV are **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED THAT** Plaintiff's pendent state law claims asserted in Counts V through XIII, and XVI are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3). The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
